UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE K. WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>G. NEWSOME,<br><br>        Defendant. | No. 1:21-cv-00840-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND DISMISSING ACTION<br><br>(Doc. No. 13) |

Plaintiff Frankie K. Washington is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2021, the assigned magistrate judge issued findings and recommendations recommending that the instant action be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. (Doc. No. 13.) The findings and recommendations contained notice that objections were due within fourteen days. (*Id*. at 9.) No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis

1

1  insofar as they recommend dismissal for failure to prosecute and failure to comply with a court order.
2  The court declines to address any alternative grounds for dismissal.
3         Accordingly,
4         1. The findings and recommendations issued on November 17, 2021, (Doc. No. 13), are
5  adopted in part;
6         2. This action is dismissed due to plaintiff's failure to obey a court order and failure to
7  prosecute; and
8         3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of
9  closing the case and then to close this case.

IT IS SO ORDERED.

   Dated:   **January 5, 2022**                    _____
                                                    UNITED STATES DISTRICT JUDGE